UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                          :
                                               :          Chapter 7
HERMAN SEGAL,                                  :
                                               :          Case No. 13-45519 (NHL)
                    Debtor.                    :
-----------------------------------------------------------x
Richard O'Connell, as Chapter 7 Trustee        :
of the Estate of Herman Segal,                 :
                                               :
                                               :
                    Plaintiff,                 :
                                               :
       -against-                               :          Adv. Pro. No. 13-01545
                                               :
HERMAN SEGAL,                                  :
                                               :
                    Defendant.                 :
-----------------------------------------------------------x

**JUDGMENT BY DEFAULT AGAINST DEFENDANT
HERMAN SEGAL DENYING THE DEBTOR'S DISCHARGE**

Default was noted on the record against defendant Herman Segal on December 18, 2014. Therefore, on motion of the plaintiff, Richard E. O'Connell, as chapter 7 trustee of the estate of Herman Segal (the "Debtor") *that was unopposed by the Debtor at the hearing held on January 29, 2015*, judgment is entered against Debtor Herman Segal in favor of plaintiff as follows:

**IT IS ORDERED, ADJUDGED AND DECREED THAT Herman Segal's discharge in this chapter 7 case is hereby DENIED.**

**Dated: January 31, 2015**
**Brooklyn, New York**

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**