```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                       :
                                                            :       Chapter 7
HERMAN SEGAL,                                               :
                                                            :       Case No. 13-45519 (NHL)
                    Debtor.                                 :
-----------------------------------------------------------x
Richard O'Connell, as Chapter 7 Trustee                     
of the Estate of Herman Segal,                              :
                                                            :
                                                            :
                    Plaintiff,                              :
                                                            :
        -against-                                           :       Adv. Pro. No. 13-01545
                                                            :
HERMAN SEGAL,                                               :
                                                            :
                    Defendant.                              :
-----------------------------------------------------------x
```

**JUDGMENT BY DEFAULT AGAINST DEFENDANT
HERMAN SEGAL DENYING THE DEBTOR'S DISCHARGE**

Default was noted on the record against defendant Herman Segal on December 18, 2014. Therefore, on motion of the plaintiff, Richard E. O'Connell, as chapter 7 trustee of the estate of Herman Segal (the "Debtor") *that was unopposed by the Debtor at the hearing held on January 29, 2015*, judgment is entered against Debtor Herman Segal in favor of plaintiff as follows:

**IT IS ORDERED, ADJUDGED AND DECREED THAT Herman Segal's discharge in this chapter 7 case is hereby DENIED.**

*Nancy Hershey Lord* (signature)

**Dated: January 31, 2015**                    **Nancy Hershey Lord**
**Brooklyn, New York**                         **United States Bankruptcy Judge**